

[No. 37835-0-I. Division One. December 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. W.J.G., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 95-8-01453-6, Eric Watness, J., entered December 14, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 38117-2-I. Division One. December 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. M.R.C., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 95-8-01852-3, Marsha J. Pechman, J., entered January 16, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 38138-5-I. Division One. December 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. J.J.J., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 95-8-02839-1, Marsha J. Pechman, J., entered January 31, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 38769-3-I. Division One. December 16, 1996.]

*In the Matter of the Personal Restraint Petition of* ROBERT S. SMITH, *Petitioner.*

Petition for relief from personal restraint. *Vacated* and *remanded* by unpublished per curiam opinion.